# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SARAH GROSS, INDIVIDUALLY
AND ON BEHALF OF THE CLASS

NO. 2022 CW 0009

VERSUS

STATE OF LOUISIANA THROUGH
THE LOUISIANA DEPARTMENT OF
REVENUE, AND KIMBERLY L.
ROBINSON, SECRETARY,
LOUISIANA DEPARTMENT OF
REVENUE

**APRIL 8, 2022**

---

In Re: The State of Louisiana through the Louisiana Department of Revenue & Kimberly L. Robinson, Secretary, Louisiana Department of Revenue, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 651,320.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** Defendants/relators, the State of Louisiana through the Department of Revenue and Kimberly Robinson, Secretary of the Louisiana Department of Revenue, failed to include a signed return date order from the district court, a violation of Rules 4-3 and 4-5(C)(11) of the Uniform Rules of Louisiana Courts of Appeal.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including a signed return date order, demonstrate the timeliness of such an application, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before April 25, 2022 and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT